# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM CUMMINGS,** :

    **Plaintiff** : **CIVIL ACTION NO. 1:22-1118**

  v. : **(MANNION, D.J.)**
                            **(CARLSON, M.J.)**
                            :

**R. KRAMER,** *et al.*,
                            :

    **Defendants**

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The September 7, 2022 report of Magistrate Judge Carlson, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**.

2. The defendants' motion to dismiss, **(Doc. 6)**, is **GRANTED, IN PART**, and **DENIED, IN PART**.

3. All of the claims in the plaintiff's complaint, **(Doc. 1-1)**, are **DISMISSED WITHOUT PREJDUICE,** except for the 8th

Amendment claim against defendant Lawton specified in the report, which will proceed.

4. The plaintiff is **GRANTED** leave to file one amended complaint that conforms to Judge Carlson's directives upon remand of this case.

5. The clerk of court is directed to **REMAND** this case to Judge Carlson for further proceedings consistent with this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 29, 2022**
22-1118-01-Order