# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CUMMINGS, | : | |
| Plaintiff, | : | |
| | : | CIV. NO. 1:22-cv-1118 |
| v. | : | (JUDGE MANNION) |
| B. LAWTON, | : | |
| Defendant. | : | |

## ORDER

In accordance with the memorandum filed the same day the Report and Recommendation of Judge Carlson, (Doc. 73), is **ADOPTED IN ITS ENTIRETY**. Plaintiff's objections, (Doc. 77), are **OVERRULED**. Defendant's motion for judgment on the pleadings, (Doc. 65), is **GRANTED**. The Clerk of Court is directed to close this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 26, 2023**
22-1118-02 ORDER